No. 99–7149. BAGLEY *v.* CUNIFF ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 99–7151. ANDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7152. BENNETT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7154. LAWRENCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7159. SOTO ZAMARRIPA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7160. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7162. LEGETTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7163. SCHEETS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7167. VERNOR *v.* LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7172. BLACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7185. SMITH *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 99–7186. RICHARDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7187. SPRUTH ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7189. PELULLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–7191. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7192. COLLINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.